dismissing complaint as against her affirmed, with ten dollars and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

JOHN MITZKO, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent. — The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment reversed upon the law, and new trial granted, costs to abide the event. In our opinion, there was sufficient evidence to warrant a finding by the jury that the box, the falling of which caused plaintiff's injury, was improperly and negligently placed by one of defendant's employees. Young, Rich, Kapper and Lazansky, JJ., concur.

HELEN MOONEY, Respondent, v. BERNARD GOETZ, JOSEPH GOETZ and MORRIS GOETZ, Doing Business under the Firm Name and Style of B. GOETZ & BROS., Appellants.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Wednesday, November 9, 1927. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

MARIE MORRISON, Respondent, v. PHILIP T. COFFEY, etc., Appellant.— Order granting temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

JULIUS E. NORDSTROM, Respondent, v. THOMAS ROULSTON, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

VIOLET NORDSTROM, an Infant, etc., by JULIUS E. NORDSTROM, Her Guardian ad Litem, Respondent, v. THOMAS ROULSTON, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

N. R. S. REALTY CORPORATION, Appellant, v. BERNARD S. FORMAN, INC., and GEORGE J. RHEUBAN, Respondents. (Action No. 1.) — Order denying motion for retaxation of costs reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that under the language of the order of reversal defendants were entitled to tax but a single bill of costs jointly, both of the trial and of the appeal. (See *Matter of Kinn*, 139 App. Div. 766, 768.) We are also of opinion that appellants (respondents here) were not entitled to tax the item for making and serving amendments to the case on appeal, which case they were themselves obliged to make and serve. As to the item for premium paid upon the giving of the surety company bond, such bond not having been ordered by the court, the item is not taxable. (*Greenbaum* v. *Berenson*, 217 App. Div. 774.) Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur. Settle order on notice.

N. R. S. REALTY CORPORATION, Appellant, v. BERNARD S. FORMAN, INC., and GEORGE J. RHEUBAN, Respondents. (Action No. 2.) — For the reasons stated in *N. R. S. Realty Corp. v. Forman, Inc., No. 1* (ante, p. 680), decided herewith, order denying motion for retaxation is reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur. Settle order on notice.

TIMOTHY O'CONNOR, Respondent, v. NATHAN GOLDFEDDER and HERMAN GOLDFEDDER, Appellants.— Order denying motion to dismiss complaint for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RITA SCOTTE, Respondent, v.

THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD HILLS, N. Y., Appellant.— Order sustaining writ of habeas corpus and discharging relator affirmed. The sentence was void. (*People ex rel. Johnson* v. *Webster*, 92 Hun, 378.) This appeal having been disposed of, the motion to dismiss the appeal is dismissed. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA SMITH, Respondent, v. THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD HILLS, N. Y., Appellant.— Order sustaining writ of habeas corpus and discharging relator affirmed. The sentence was void (*People ex rel. Johnson* v. *Webster*, 92 Hun, 378.) This appeal having been disposed of, the motion to dismiss the appeal is dismissed. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

CARMINE RADICONE, Respondent, v. CESARE SABELLI, and Others, Appellants, and Others, Defendants.— On the appeal of defendant William Voxman, order denying his motion to dismiss the complaint for insufficiency reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that as to him no cause of action is stated. On the appeal of defendants Sabelli and D'Onofrio, order denying motion to dismiss the complaint for insufficiency, or to strike out therefrom certain parts or portions as conclusions of law and evidentiary, affirmed, with ten dollars costs and disbursements. Motion of defendants, appellants, Sabelli and D'Onofrio for ten days' time in which to answer after the determination of the appeal, granted. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

ALBERT G. RANDALL, Appellant, v. LOUISE RANDALL, Respondent.— Order granting motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. In view of this decision, the motion to preclude respondent's counsel from asserting certain alleged matters of fact in his brief is denied. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

SAM ROGERS, Respondent, v. CRITERION CONSTRUCTION COMPANY, Appellant. — Order setting aside verdict in favor of defendant unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

MARY RUCK, as Executrix, etc., of GEORGE RUCK, Deceased, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Defendant. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Wednesday, November 9, 1927. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

CHARLES SCHAEFER, JR., LOUISE SCHAEFER and FRED W. SCHAEFER, as Executors, etc., of CHARLES SCHAEFER, Deceased, etc., Respondents, v. BELARMINA ALVAREZ, BELARMINA ALVAREZ, JR., and RODOLFO RODRIGUEZ, Copartners, etc., Appellants.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment affirmed, with costs. No opinion. Young, Rich and Kapper, JJ., concur; Lazansky, J., dissents, upon the ground that defendants may not be held liable on a sale, the basis of plaintiffs' recovery, no note or memorandum of which was signed by defendants.

CELIA SCHATTNER, Respondent, v. ABRAHAM L. SCHATTNER, Appellant.— Order modified by striking out the provision for $250 counsel fee, and as so modified